Appellant.— Appeal dismissed on default. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LUCARELLI, Appellant.— Appeal dismissed on default. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

HARRY SCHURR, Respondent, v. A. & S. CONSTRUCTION COMPANY, INC., and Others, Appellants, Impleaded with HARRY ARNOLD, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

NATHAN SCHWARTZ, Respondent, v. ROSE H. SCHWARTZ and MARY SCHWARTZ, Defendants, Impleaded with JOSEPH J. SCHWARTZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

IDA THOMASHEFSKY, Respondent, v. HARRY THOMASHEFSKY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

JOHN H. WATSON, Respondent, v. JOSEPH L. SIGRETTO & COMPANY, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

ROBERT J. WORRALL, Respondent, v. CARLOS W. MUNSON, Appellant.— Judgment and order reversed on the facts as to the first cause of action, and a new trial granted, without costs, on the ground that the verdict is against the weight of evidence, and affirmed as to the second cause of action, without costs. No opinion. Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ., concur.

FRANK W. COLLINS, Appellant, v. HARRY JONAS and Others, Respondents.— Motion for stay on appeal denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.

EDWARD E. DEAN, Respondent, v. JOHN R. O'LEARY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

SAMUEL KOFFLER, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

SAMUEL KOFFLER, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Motion granted, stay to continue for thirty days, pending application to the Court of Appeals for leave to appeal. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

SAMUEL KOFFLER, Respondent, v. THE WESTERN UNION TELEGRAPH COMPANY, Appellant.— Motion for substitution of attorney granted. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY and Another, Respondents, v. PATRICK SHAY and Others, Appellants.— Motion for stay granted on condition that appellants perfect the appeal for the January term, 1923 (for which term this case is set down), and be ready for argument, when reached; otherwise, motion denied. Present — Rich, Kelly, Manning, Kelby and Young, JJ.

KENNETH W. NICHOLS, Respondent, v. ARTEMAS WARD, Appellant.— Motion for stay pending appeal granted. Present — Blackmar, P. J., Rich, Kelly, Manning and Young, JJ.